Gregory S. Gilbert, Esq.
Nevada Bar No. 6310
Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
gsgilbert@hollandhart.com
bcassity@hollandhart.com
dfreeman@hollandhart.com

*Attorneys for Defendants Regional Transportation Commission of Southern Nevada; M.J. Maynard and Carl Scarbrough*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THOMAS MCCRACKEN and CE MOBILE INSTALLS, LTD,

Plaintiffs,

v.

REGIONAL TRANSPORTATION COMMISSION of SOUTHERN NEVADA; M.J. MAYNARD and CARL SCARBROUGH,

Defendant.

CASE NO.: 2:16:-cv-01920-RFB-GWF

**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

**(First Request)**

Defendants Regional Transportation Commission of Southern Nevada ("RTC"), M.J. Maynard ("Ms. Maynard") and Carl Scarbrough ("Mr. Scarbrough") (collectively, the "Defendants") and Plaintiffs Thomas McCracken ("Mr. McCracken") and CE Mobile Installs, LTD ("CEMI") (collectively, the "Plaintiffs"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 6-1, hereby stipulate and agree as follows:

1. Plaintiffs commenced this action on August 12, 2016 by filing their *Complaint* (Dkt #1) (the "Complaint").

2. The Summons and Complaint were served upon the RTC on or about August 16,

2016. The deadline for the RTC to file an answer or otherwise respond to the Complaint is September 6, 2016.

3. The Summons and Complaint were served upon Ms. Maynard on or about August 17, 2016. The deadline for Ms. Maynard to file an answer or otherwise respond to the Complaint is September 7, 2016.

4. The Summons and Complaint were served upon Mr. Scarbrough on or about August 17, 2016. The deadline for Mr. Scarbrough to file an answer or otherwise respond to the Complaint is September 7, 2016.

5. WHEREFORE, the parties stipulate and agree to enlarge the time for Defendants to answer or otherwise respond to the Complaint for an additional Twenty-Three (23) days to September 30, 2016.

6. This Stipulation is submitted prior to the expiration of the period provided for the filing and service of Defendants' respective responses to the Complaint, is not interposed merely for delay, and is made in good faith between the parties hereto. The parties request this extension to allow Defendants to submit a single response on behalf of all Defendants and to allow for additional time to meet and confer regarding possible resolution of this action. This Stipulation

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

represents the parties' first request to enlarge the time for Defendants to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED**:

DATED September 1st, 2016.

/s/ Robert J. Cassity
Gregory S. Gilbert, Esq.
Robert J. Cassity, Esq.
David J. Freeman , Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants Regional Transportation Commission of Southern Nevada; M.J. Maynard and Carl Scarbrough*

DATED September 1st, 2016.

/s/ Jason J. Bach
Jason J. Bach, Esq.
Nevada Bar No. 7984
THE BACH LAW FIRM, LLC
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117

*Attorneys for Plaintiffs Thomas McCracken and CE Mobile Installs, LTD*

**IT IS SO ORDERED**.

RICHARD F. BOULWARE, II
United States District Judge

DATED: May 4, 2017.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134